254 U.S. 648, 41 S.Ct. 61

### CHICHAGOFF MINING COMPANY, Petitioner, v. John TUPPELA.

#### No. 568.

Supreme Court of the United States.

Nov. 8, 1920.

For opinion below, see 267 F. 753.

Messrs. John P. Gray, of Couer d'Alene, Idaho, Overton G. Ellis and Robert E. Evans, both of Tacoma, Wash., and Herbert L. Faulkner, of Juneau, Alaska, for petitioner.

Messrs. John R. Winn and J. H. Cobb, both of Juneau, Alaska, for respondent.

Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.

254 U.S. 652, 41 S.Ct. 149

### W. W. CASEY et al., Petitioners, v. A. EIKLAND et al.

#### No. 615.

Supreme Court of the United States.

Dec. 20, 1920.

For opinion below, see 266 F. 821.

Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.